IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Randi Joseph Gaunt, #164044, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Tom Fox, Director of J. Reuben Long )<br>Detention Center and Phillip Thompson )<br>Sheriff in Official Capacity, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 9:06-2481-TLW-GCK |

**ORDER**

On September 7, 2006, the plaintiff filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. (Doc.#1). On January 18, 2007, the defendants filed a motion for summary judgment. (Doc. #9). On January 19, 2007, Magistrate Judge George C. Kosko issued an order pursuant to <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), advising petitioner of his responsibility to properly respond to the motion for summary judgment. (Doc. #10). Plaintiff did not respond. On February 28, 2007, Magistrate Judge Kosko issued an Order giving the plaintiff an additional 20 days to respond to the motion for summary judgment. (Doc. #14). Plaintiff did not respond. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kosko, to whom this case had previously been assigned. (Doc. #15). In the Report, Magistrate Judge Kosko recommends that the District Court dismiss the complaint for failure to prosecute. Plaintiff had until April 26, 2007, to file timely objections. The plaintiff filed no objections to the Report.

1

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #15) and the plaintiff's complaint dismissed.

**IT IS SO ORDERED**.

    S/Terry L. Wooten

Terry L. Wooten
United States District Judge

September 25, 2007
Florence, South Carolina

2